**No. 10-10285. Robert Black, Jr., Petitioner v. Thomas Garvin.**

565 U.S. 833, 132 S. Ct. 133, 181 L. Ed. 2d 54, 2011 U.S. LEXIS 5240.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-10286. Richard Brown, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 833, 132 S. Ct. 133, 181 L. Ed. 2d 54, 2011 U.S. LEXIS 5309.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10287. Charles Dean Hood, Petitioner v. Texas.**

565 U.S. 833, 132 S. Ct. 133, 181 L. Ed. 2d 54, 2011 U.S. LEXIS 5331.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 304 S.W.3d 397.

**No. 10-10294. Melvin Perez, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 833, 132 S. Ct. 134, 181 L. Ed. 2d 54, 2011 U.S. LEXIS 5713.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 50 So. 3d 33.

**No. 10-10295. Anthony Antonio Sims, Petitioner v. United States.**

565 U.S. 833, 132 S. Ct. 134, 181 L. Ed. 2d 54, 2011 U.S. LEXIS 6209.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 666.

**No. 10-10297. Jesus Torres Roman, Petitioner v. Florida.**

565 U.S. 833, 132 S. Ct. 134, 181 L. Ed. 2d 54, 2011 U.S. LEXIS 5795.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 40 So. 3d 876.

**No. 10-10304. Bobby O'Lee Phillips, Petitioner v. Alabama.**

565 U.S. 833, 132 S. Ct. 134, 181 L. Ed. 2d 54, 2011 U.S. LEXIS 5352.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 65 So. 3d 971.